IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
*Newport News Division*

UNITED STATES OF AMERICA,

v.                                                                                                        Criminal No.: 4:04cr115

TROY ANTHONY SHERRELL,

      Defendant.

## MOTION TO VACATE PURSUANT TO 28 U. S. C. § 2255

Now comes the defendant Troy Anthony Sherrell (the "Defendant"), by counsel, and respectfully moves the Court to vacate his prior conviction for one count of brandishing a firearm in relation to a "crime of violence", in violation of 18 U.S.C. § 924(c) on the grounds that the Defendant's predicate offense, Hobbs Act conspiracy, is not a "crime of violence" based upon the opinions of the United States Court of Appeals for the Fourth Circuit in *United States v. Simms,* 914 F. 3d 229 (4th Cir. 2019), *U.S. v. Davis*, 588 U.S. ___ (2019), and the authorities cited in the supporting memorandum being filed simultaneously with the instant motion.

                                            TROY ANTHONY SHERRELL

                                       _____/s/_____
                                       Jason A. Dunn, Esq. (Virginia State Bar No.: 68117)
                                       *Counsel for the Defendant*
                                       Jason A. Dunn, PLC
                                       915 First Colonial Road, Suite 101
                                       Virginia Beach, VA 23454
                                       Telephone: (757) 937-0872
                                       Facsimile: (757) 937-2336
                                       Jason.dunn@jdunnplc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of July, 2019, I served a true copy of the foregoing via the CM/ECF system upon all counsel of record, including the following:

Howard Zlotnick, II, Esq.
Attorney for Government
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News Virginia 23606
Phone: (757) 591-4000
Fax: (757) 591-0866
Email: howard.zlotnick@usdoj.gov

I also certify that on the 15th day of July, 2019, I served a true copy of the foregoing by email upon the following non-electronic filer:

Janice B. Hyatt
U.S. Probation Officer
600 Granby Street, Suite 200
Norfolk, VA 23510

I further certify that I mailed a copy of this pleading on this 15th day of July, 2019 to:

Troy Anthony Sherrell
Register Number 60167-083
FMC Butner
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1600
BUTNER, NC  27509

                          TROY ANTHONY SHERRELL

                          _____/s/_____

                          Jason A. Dunn, Esq. (Virginia State Bar No.: 68117)
                          *Counsel for the Defendant*
                          Jason A. Dunn, PLC
                          915 First Colonial Road, Suite 101
                          Virginia Beach, VA 23454
                          Telephone: (757) 937-0872
                          Facsimile: (757) 937-2336
                          Jason.dunn@jdunnplc.com